Submitted on motion to dismiss appeal. Appeal dismissed and judgment affirmed November 9, 1926.

# R. C. EDWARDS AND A. B. EDWARDS *v.* SIGNAL LUMBER COMPANY ET AL.

### (250 Pac. 381.)

**Appeal and Error.**

Where no transcript on appeal nor certified copy of decree, of notice of appeal, or undertaking, and no briefs for appellants are filed in appellate court, appeal will be deemed abandoned and decree affirmed, with costs against appellants.

Appeal and Error, 4 **C. J.,** p. 607, n. 93, p. 608, n. 97, p. 1293, n. 46.

See 2 **R. C. L.** 100.

From Lane: GEORGE F. SKIPWORTH, Judge.

In Banc.

APPEAL DISMISSED.

For appellants, *Mr. Wm. B. Layton* and *Mr. N. Ray Alber.*

For respondents, *Messrs. Bean & Brooke.*

PER CURIAM.—In this case a decree was entered on February 19, 1926. Notice of appeal was filed and served on April 17, 1926, and an undertaking on appeal was filed April 27, 1926. No transcript on appeal, no certified copy of the decree, or of the notice of appeal or undertaking have ever been filed by the appellants herein. Appellants' abstract was filed June 1, 1926. No briefs on behalf of appellants have been filed and no extension of time for the filing of briefs has been secured. By reason of these facts, it must be held that the appeal in this case has been

abandoned, and the decree will be affirmed with additional judgment for costs in this court against the appellants and their sureties.    AFFIRMED.